IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cv-2685-JLK**

**BRINDA KAY GOODWIN,** surviving daughter of Joan Fayette Griffin, deceased,
**RAY ALAN RANDALL,** surviving son of Joan Fayette Griffin, deceased

      Plaintiffs,

v.

**BNSF RAILWAY COMPANY,** a foreign corporation

      Defendant.

---

### ORDER REGARDING DISMISSAL OF PLAINTIFFS' FIRST CLAIM

Kane, J.

      Pursuant to the parties' Stipulation of Dismissal of Plaintiffs' First Claim (doc. 8),

Plaintiffs First Claim for Relief is DISMISSED WITH PREJUDICE, the parties to bear their

own costs.  Defendant's Motion to Dismiss Plaintiffs' First Claim for Relief (doc. 6) is DENIED

AS MOOT.

Dated: February 7, 2011          BY THE COURT:

                                         */s/John L. Kane*
                                         SENIOR U.S. DISTRICT JUDGE