IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Civil Action No. **10-cv-02685-JLK**

**BRINDA KAY GOODWIN**, surviving daughter of Joan Fayette Griffin, deceased,
**RAY ALAN RANDALL**, surviving son of Joan Fayette Griffin, deceased,

    Plaintiffs,

v.

**BNSF RAILWAY COMPANY**, a foreign corporation,

    Defendant,

## ORDER

On January 11, 2011, Defendant filed a Motion to Dismiss Plaintiffs' Claims on Behalf of Devonna Brianna Griffin and Krystal Rebecca Griffin (Doc. 7). The Parties and Court agree that under the Colorado Wrongful Death Act, C.R.S. § 13-21-201(1), Plaintiffs have no standing to sue on behalf of their two nieces. *Albin v. Richard O'Brien Plastering Co.*, 885 P.2d 289, 291 (Colo. App. 1994). Since Plaintiffs concede as much in their Response, the legal issue resolves itself.  Plaintiffs sue on behalf of their mother only. The Complaint's references to the two nieces are unnecessary, but they are not prejudicial to Defendant. Therefore, a motion to strike and/or amended complaint is not be required, and Defendant's Motion to Dismiss is DENIED.

Dated: February 25, 2011                        BY THE COURT:

                                                                    **/s/ John L. Kane**
                                                                    Senior U.S. District Judge